## WALBURN v. McGRIFF.

[No. 13,275.   Filed January 22, 1929.]

Clarence E. Benadum, for appellant.
John D. Hill, for appellee.

McMahan, P. J.—Appellee recovered judgment against appellant for damages to an auto truck caused by an automobile driven by appellant colliding with such truck.   Appellant, conceding his negligence, contends that appellee was guilty of contributory negligence as a matter of law.   There is no merit in this contention.   The evidence is ample to sustain a finding that appellee was not contributorily negligent.

Judgment affirmed, with ten per cent. penalty.

## SHANK FIREPROOF STORAGE COMPANY v. LAIRD.

[No. 13,185.   Filed January 23, 1929.]

Louis Rosenberg and Salem D. Clark, for appellant.
Fae W. Patrick and Bachelder & Bachelder, for appellee.

Remy, J.—Affirmed, on authority of Costello v. Wallace (1915), 184 Ind. 734, 110 N. E. 660.